An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LISA MYERS,
Appellant,
vs.
CALEB OBADIAH HASKINS,
Respondent.

No. 62330

**FILED**

APR 0 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve her civil proper person appeal statement. Appellant's civil appeal statement was due in this court by January 30, 2013. To date, appellant has failed to file her civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13-10105

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Lisa S. Myers
Roberts Stoffel Family Law Group
Eighth District Court Clerk